JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-0138 PA (JEMx) | Date | March 9, 2012 |
|---|---|---|---|
| Title | Daniel Landrum v, Los Angeles Police Department, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - COURT ORDER

The Court is in receipt of the parties' "Stipulation to Dismiss the 4th Cause of Action for Violations of 42 U.S. Code § 1983 and For Remand to State Court." (Docket No. 13.)  Pursuant to the parties' stipulation, plaintiff's claim for violations of 42 U.S.C. § 1983, plaintiff's only federal claim, is dismissed.  Additionally, pursuant to the parties' stipulation, the action is remanded to Los Angeles Superior Court, Case No. BC 473661.  See 28 U.S.C. § 1447(c).  The Scheduling Conference calendared for March 12, 2012, at 10:30 a.m. is vacated.

IT IS SO ORDERED.